H. R. HOWE ET AL., APPELLANTS, V. CITY OF AUBURN ET AL., APPELLEES.

C. L. MYERS ET AL., APPELLANTS, V. CITY OF AUBURN ET AL., APPELLEES.

FILED APRIL 21, 1923. No. 22817:

APPEAL from the district court for Nemaha county: JOHN B. RAPER, JUDGE. *Affirmed.*

.Kelligar & Ferneau, for appellants.

Heard before MORRISSEY, C. J., ROSE, DEAN, DAY and GOOD, JJ.

MORRISSEY, C. J.

The appeal in this case involves the validity of special assessments made against the property of the appellants situated in paving district No. 4 in the city of Auburn. The issues presented are substantially the same as those in the case of *Schreifer v. City of Auburn, ante,* p. 179 The cause is controlled by the opinion and judgment in that case, and, on the authority thereof, the judgment of the lower court is

AFFIRMED.